UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE CAMPOS SOTO, | ) | NO. CV 12–3509 DMG (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| RANDY GROUND, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:   December 28, 2012

　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE